IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JAMES L. TONEY                                                                                      PLAINTIFF

v.                                            Civil No. 6:17-cv-06100

CORPORAL HEATH DICKSON,
Malvern Police Department ("MPD");
SERGEANT KEITH PRINCE, MPD;
ASSISTANT CHIEF JIM BAILEY, MPD;
and CHIEF OF POLICE DONNIE
TABER, MPD                                                                                       DEFENDANTS

## JUDGMENT

For the reasons stated in the Memorandum Opinion of even date, Defendants' Motion for Summary Judgment (ECF No. 55) is hereby **GRANTED**. Plaintiff's claims against Defendants Heath Dickson, Keith Prince, and Jim Bailey are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED,** this 20th day of December 2018.

/s/ P. K. Holmes, III
HON. P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE